IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL NUNO,

    Petitioner,

 v.

MIKE MCDONALD, Warden,

    Respondent.

No. C 11-02446 SBA (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR RESPONDENT TO FILE AN ANSWER**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition. Respondent now moves for an extension of time to file an answer.

    IT IS HEREBY ORDERED that Respondent's request for an extension of time is GRANTED. The time in which Respondent may file his Answer will be extended nunc pro tunc to **October 21, 2011**, the date that Respondent's Answer was filed.

    This Order terminates Docket no. 9.

    IT IS SO ORDERED.

DATED: 10/25/11

                                      SAUNDRA BROWN ARMSTRONG
                                      UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.11\Nuno2446.grantEOT-answer.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

RAUL NUNO,

        Plaintiff,

  v.

MATTHEW CATE et al,

        Defendant.
_____/

Case Number: CV11-02446 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul Nuno F-86101
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: October 27, 2011

                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk