UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAUL NUNO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVEY, Acting Warden,<br><br>　　　　Respondent. | Case No.  11-02446 SBA (PR)<br><br>**JUDGMENT** |

　　　　For the reasons stated in the Court's Order Denying Petition for Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

　　　　**IT IS SO ORDERED.**

Dated:  7/21/2014

　　　　　　　　　　　　　　　　　　　　_Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\HC.11\Nuno2446.jud.docx